CAROLINE T. WOODBURY et al., Appellants, *v.* CHARLES A. GARRITY et al., Defendants, and MAX SCHRAGE et al., Respondents.

(Submitted February 9, 1931; decided February 17, 1931.)

Motion for reargument denied. (See 255 N. Y. 597.)

In the Matter of the Will of CATHERINE C. DEVINE, Deceased.

THOMAS F. HICKEY, Appellant; PATRICK J. MEE, Respondent.

(Argued February 9, 1931; decided February 19, 1931.)

*Daniel G. Connolly* and *Thomas F. Magner* for appellant.

*Leon G. Godley, David S. Garland, John Lehman* and *Charles C. Lockwood* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.